UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj1083 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Barraza, et al | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Roberto Aguilar-Perez

DATED: 4/18/2008

**RUBEN B. BROOKS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
    Deputy Clerk