1  FRANK M. MURPHY, III
   Attorney at Law, Bar # 51216
2  2482 Greyling Drive
3  San Diego, CA 92123-3907
   Phone:  858-277-3207
4  FAX:  858-277-3207
   E-mail:  fmlaw@san.rr.com
5

6
   Attorney for Defendant
7

8

9                    UNITED STATES DISTRICT COURT
10
                   SOUTHERN DISTRICT OF CALIFORNIA
11

12

13 UNITED STATES OF AMERICA,      )    Case No.  08cr1436-LAB
                                  )
14            Plaintiff,          )      **NOTICE OF MOTION**
                                  )           **AND**
15 v.                             )    **MOTION FOR DISCOVERY**
                                  )
16 DOMINICK SMITH,                )    Date:  6/16/08
17                                )    Time:  2:00 p.m.
              Defendant.          )    Court: Judge BURNS
18 _____)
19
   TO:  KAREN P. HEWITT, U.S. Attorney and to
20        STEVEN D. DeSALVO, Assistant U.S. Attorney
21

22

23     PLEASE TAKE NOTICE that on June 16, 2008 at 2:00  p.m. or

24 as soon thereafter as counsel can be heard, in the courtroom of

25 the Honorable LARRY ALAN BURNS  United States Courthouse, 940

26 Front Street, San Diego, California, defendant,  by and through

27 his attorney, FRANK M. MURPHY, III, will move the court for an

28 order for discovery in the above-entitled matter as set forth in

                              -1-

1  detail in the attached Statement of Facts and Memorandum of

2  Points and Authorities.  This motion will be made pursuant to

3  *Federal Rules of Criminal Procedure 12 and 16* and will be based

4  upon the files and records in this case, this Notice of Motion

5

6  and Motion together with the accompanying Memorandum of Points

7  and Authorities and on such oral and documentary evidence as may

8  be presented at the hearing thereof.

9       Dated: May 24, 2008

10

11

                              s/FRANK M. MURPHY, III
12                            Attorney for Defendant
                              E-mail:  fmlaw@san.rr.com
13

14

15                            **MOTION**

16

17      Defendant, DOMINICK SMITH, by and through his attorney,

18  FRANK M. MURPHY, III, hereby moves the court for an order for

19  discovery as set forth in the accompanying Memorandum of Points

20  and Authorities.

21

22      The motions are made pursuant to *Federal Rules of Criminal*

23  *Procedure 12 and 16.*

24      The motions are based upon this Notice of Motion, the

25  accompanying Statement of Facts and Memorandum of Points and

26  / / / / /

27  / / / / /

28

1   Authorities, the files and records in this matter and on any

2   other oral or documentary evidence which may be produced before

3   of during the hearing of said motions.

4

5       Dated:  May 24, 2008

6

7                                   Respectfully submitted,

8

9

10                                  s/FRANK M. MURPHY, III
                                    Attorney for Defendant
11                                  E-mail: fmlaw@san.rr.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28