**U.S. DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE:             USA v. Francisco HERNANDEZ-Gutierrez

CASE NO.:       08cr1436-LAB

**CERTIFICATE OF SERVICE**

  I, the undersigned, declare that I am over the age of 18 years and not a party to the case; I am employed in San Diego County, California where the service occurred; and my business address is 2482 Greyling Drive, San Diego, California 92123.

  I caused to be served the following document(s):

**NOTICE OF MOTION AND MOTION FOR DISCOVEY**
**STATEMENT OF FACTS AND POINTS AND AUTHORITIES**

by:     **CM/ECF**  filing to Steven D. DeSalvo, Esq. who will be served by the Court's **CM/ECF** system.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on  May 24, 2008.

s/Frank M. Murphy, III
E-mail: fmlaw@san.rr.com
