| | |
|---|---|
| NEIL R. TROP | Case No. 08CR1436 |
| Attorney at Law | U.S. v. BARRAZA, et al. |
| 1991 Village Park Way | |
| Suite 160 | |
| Encinitas, CA 92024 | |

## DECLARATION OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which county the within-mentioned delivery occurred, and not a party to the subject cause. My business address is 1991 Village Park Way, Suite 160, Encinitas, California. I served **NOTICE OF MOTION AND VIDEO DEPOSITION OF MATERIAL WITNESS CLEMENTE MORALES-CHAPARRO; POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR VIDEO DEPOSITION OF MATERIAL WITNESS CLEMENTE MORALES-CHAPARRO; AND DECLARATION OF ATTORNEY NEIL R. TROP IN SUPPORT OF MOTION FOR VIDEO DEPOSITION OF MATERIAL WITNESS CLEMENTE MORALES-CHAPARRO** of which a true and correct copy of the documents filed via the District Court's electronic filing system to each party named hereafter, as follows:

Frank Murphy III, Esq.
Counsel for Defendant Dominick Smith

Stephen Demik, Esq.
Counsel for Defendant Robert Barraza

Kurt Hermansen, Esq.
Counsel for Defendant Cuauhtlahtouac Hernandez

Julie Blair, Esq.
Counsel for Defendant Isaac Espinoza

AUSA Steven DeSalvo
U.S. Attorney's Office

The document was electronically filed and thereby served by the undersigned at Encinitas, California on June 3, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2008, at Encinitas, California.

_/s/Neil R. Trop_